# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CADE SUBLET,<br><br>　　　　Defendant. | Case No. 21-cr-00189 BLF (NC)<br><br>**ORDER AFTER VIOLATION HEARING; DETENTION ORDER**<br><br>Hearing: May 9, 2022 |

　　　In accordance with the Bail Reform Act, 18 U.S.C. §§ 3142 and 3148, the Court on May 9, 2022, held a hearing on the Pretrial Violation Notice against defendant Cade Sublet. A person released under § 3142 and who has violated a condition of his release, is subject to revocation of release, order of detention, and a prosecution for contempt of court. 18 U.S.C. § 3148(a).

　　　Sublet was advised of his rights and the charges presented against him in the May 5 Violation Notice, Dkt. No. 100. Sublet was previously released on a combination of conditions on a $25,000 unsecured bond, under the supervision of U.S. Pretrial Services. At the hearing, Sublet was personally present as was his counsel Grant Fondo

　　　Based on the information presented to the Court, the Court determines by at least clear and convincing evidence that Sublet violated his release conditions by failing to

submit adequate drug tests, testing positive for methamphetamine, missing drug test and counseling sessions, and being arrested for possession of a controlled substance and not reporting the conduct to Pretrial Services within 48 hours. Furthermore, the Court determines under § 3148(b)(2)(B) that Sublet at present is unlikely to abide by any condition or combination of conditions of release. The Court has scheduled a further status hearing on detention or release for June 9, 2022, before the San Jose duty Magistrate Judge at 1:30 p.m., to consider additional information and argument.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: May 9, 2022

Nathanael M. Cousins
United States Magistrate Judge